**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRIAN BRANSON,** | **Case No.: 26-CV-00835-YGR** |
| **Plaintiff,** | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| **vs.** | |
| **ONTRAC LOGISTICS, INC.** *et al.*, | |
| **Defendants.** | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Rita F. Lin *sua sponte* to consider whether it is related to *In Re Ontrac Logistics, Inc. Delivery Drivers Litigation*, Case No. 25-cv-00022.

**IT IS SO ORDERED.**

**Dated:**   February 13, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California